UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WESLEY B. AMES and STANLEY R. AMES,<br><br>      Plaintiffs,<br><br> v.<br><br>RANDALL S. AMES, DARLEEN AMES, and RUBYE M. AMES,<br><br>      Defendants. | NO: 2:13-CV-0257-TOR<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO SUBSTITUTE |

BEFORE THE COURT is Plaintiffs Wesley Ames and Stanley Ames' Motion to Substitute (ECF No. 73). The motion was submitted for consideration without oral argument. No opposition or response to the motion was filed. The Court has reviewed the record and files herein, and is fully informed.

Plaintiffs represent that Defendant Rubye M. Ames is now deceased and have provided the certificate of death (ECF No. 73-1 at 2). Plaintiffs have also submitted an Order from the Superior Court of the State of Washington appointing

ORDER GRANTING PLAINTIFFS' MOTION TO SUBSTITUTE ~ 1

Edward A. Grable, Sr. as personal representative for the estate of Rubye M. Ames (ECF No. 73-1 at 5-7). Plaintiffs request the Court substitute Edward A. Grable, Sr., as personal representative for the estate of Rubye M. Ames, as a Defendant in place of Rubye M. Ames pursuant to Federal Rule of Civil Procedure 25(a), which allows the court to order substitution of the proper party when a party dies and the claim is not extinguished.

Pursuant to Federal Rule of Civil Procedure 25(a) and for good cause shown, Plaintiff's Motion (ECF No. 73) is **granted**.

**Accordingly, IT IS HEREBY ORDERED:**

Plaintiffs Wesley Ames and Stanley Ames' Motion to Substitute (ECF No. 73) is **GRANTED**.

The District Court Executive is directed to enter this Order, substitute Edward A. Grable, Sr., as personal representative for the Estate of Rubye M. Ames in place of Defendant Rubye M. Ames, amend the docket accordingly, and furnish copies to the parties.

**DATED** October 26, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION TO SUBSTITUTE ~ 2