UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WESLEY B. AMES and STANLEY R. AMES,<br><br>      Plaintiffs,<br><br> v.<br><br>RANDALL S. AMES, DARLEEN AMES, and ED GRABLE, SR. as personal representative for the Estate of Rubye M. Ames,<br>      Defendant. | NO: 2:13-CV-0257-TOR<br><br>ORDER DISMISSING ESTATE OF RUBYE M. AMES WITH PREJUDICE |

BEFORE THE COURT is the Plaintiffs' Expedited Motion to Dismiss all Claims Against Ed Grable, Sr. as personal representative of the Estate of Rubye M. Ames. ECF No. 79. The motion is necessarily filed pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court has reviewed the record and files herein, and is fully informed.

ORDER DISMISSING ESTATE OF RUBYE M. AMES WITH PREJUDICE ~ 1

An order issued in Stevens County probate case number 18-4-00085-33 barred any judgment against the Estate of Rubye M. Ames, thereby rendering all such claims in this case against the Estate moot.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(2), Ed Grable, Sr. as personal representative of the Estate of Rubye M. Ames is **DISMISSED** from this action, with prejudice and with all parties bearing their own fees and costs.

The District Court Executive is directed to enter this Order, furnish copies to the parties, and adjust the docket sheet accordingly.

DATED January 15, 2019.



                THOMAS O. RICE
          Chief United States District Judge